FILED
97 JAN -8 PM 1:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

THOMAS SPARKS, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 96-C-2772-NE
)
STATE OF ALABAMA and, )
COUNTY OF MORGAN, )
)
)
    Defendants. )

ENTERED
JAN 8 1997

## MEMORANDUM OF OPINION

    On December 17, 1996, the magistrate judge's report and recommendation was filed and the plaintiff was allowed fifteen (15) days to file objections to the recommendations made by the magistrate judge. No objections have been filed by the plaintiff.

    After careful consideration of the record in this case, and the Magistrate Judge's Report and Recommendation, the court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed as frivolous. An appropriate order will be entered.

    DONE and ORDERED this 8th day of January, 1997.

U. W. CLEMON,
UNITED STATES DISTRICT JUDGE